# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

153074 (69)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SHELBY TOWNSHIP,
       Respondent-Appellant,

v

COMMAND OFFICERS ASSOCIATION OF
MICHIGAN,
       Charging Party-Appellee.

SC: 153074
COA: 323491
MERC: 12-000067

_____/

      On order of the Court, the motion for reconsideration of this Court's November 1, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



t1213

Clerk